**Dismiss and Opinion Filed July 10, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00007-CV

**JIM LAKE, INC. A/K/A JIM LAKE COMPANY, Appellant**
**V.**
**STANTEC CONSULTING SERVICES, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15852**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Nowell

Stating they have reached a settlement of all claims asserted in this matter, the

parties have filed an agreed motion to dismiss. We grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a).

230007f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JIM LAKE, INC. A/K/A JIM LAKE COMPANY, Appellant

No. 05-23-00007-CV     V.

STANTEC CONSULTING SERVICES, INC., Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-15852. Opinion delivered by Justice Nowell, Justices Goldstein and Breedlove participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Stantec Consulting Services, Inc. recover its costs, if any, of this appeal from appellant Jim Lake, Inc. a/k/a Jim Lake Company.

Judgment entered this 10th day of July 2023.